Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination                                   FILED

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Orlando Division

2018 AUG 14 PM 1: 37

DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Kimberly Ann Ashbey

)
)
)

Case No. 6:18-CV-01329-ORL-40CoJK

*(to be filled in by the Clerk's Office)*

---

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Brighton Collectibles, Inc.

---

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kimberly Ann Ashbey |
| Street Address | 618 Hillcrest Street |
| City and County | Orlando  Orange County |
| State and Zip Code | Florida  32803 |
| Telephone Number | 407-405-0367 |
| E-mail Address | kashbey@cfl.rr.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

  Name        Brighton Collectibles. Inc.

  Job or Title *(if known)*

  Street Address     14022 Nelson Avenue

  City and County    City of Industry  Los Angeles County

  State and Zip Code   California  91746

  Telephone Number   626-968-7408

  E-mail Address *(if known)*


Defendant No. 2

  Name

  Job or Title *(if known)*

  Street Address

  City and County

  State and Zip Code

  Telephone Number

  E-mail Address *(if known)*


Defendant No. 3

  Name

  Job or Title *(if known)*

  Street Address

  City and County

  State and Zip Code

  Telephone Number

  E-mail Address *(if known)*


Defendant No. 4

  Name

  Job or Title *(if known)*

  Street Address

  City and County

  State and Zip Code

  Telephone Number

  E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Brighton |
| Street Address | 4200 Conroy Road |
| City and County | Orlando Orange County |
| State and Zip Code | Florida 32839 |
| Telephone Number | 407-370-3200 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)
01/30/2013

C.    I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☑ age *(year of birth)*    1958    *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*
_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

On 01/30/2013 I was terminated. Because of the prior history of statements that were said to me my age was a factor. There was a directive given to the staff regarding Holiday Hires. We were told if the applicant was not young and stylish do not give them an application. Twelve days prior to my termination I was given the highest rating possible on my review by my supervisor Terri Parke. I was not given a reason for my termination at my termination meeting but later over the phone I was told I was terminated for unsatisfactory performance.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

6/21/13

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*    05/02/2018    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking lost wages in the amount of 209,631. This represents my base wage at the time of dismissal for the period of my unemployment and the difference between my current wage and what I was making at Brighton to include fringe benefits.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    8/14/18

Signature of Plaintiff

Printed Name of Plaintiff    Kimberly Ann Ashbey

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

and EEOC

_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Kimberly Ashbey | 407-405-0367 | 6-12-58 |

| Street Address | City, State and ZIP Code |
|---|---|
| 618 East Hillcrest Street, Orlando, Florida 32803 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Brighton Collectibles, Division of Leegin Creative Leather Prods. | More than 1,000 | 626-968-7408 |

| Street Address | City, State and ZIP Code |
|---|---|
| 14022 Nelson Avenue, City of Industry, California 91746-2638 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Leegin Creative Leather Products | More than 1,000 | 626-968-7408 |

| Street Address | City, State and ZIP Code |
|---|---|
| 14022 Nelson Avenue, City of Industry, California 91746-2638 | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| | 1-30-13 |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I. I was hired by Respondents in September 2002 as an assistant store manager. I worked at Brighton's store in the Mall at Millenia in Orlando, Florida.

II. I was a loyal and dedicated employee throughout my employment. For many years, I was considered a company "angel" and was assigned to help managers at other Brighton locations.

III. In March 2012, for the first time in my tenure, I was put on an "action plan." However, I passed the plan in the next month. My manager never gave me any further warnings about my job performance the rest of the year. On January 18, 2013, I received a stellar performance review.

IV. Nevertheless, on January 30, 2013, my store manager, Terri Parke, advised me I was being terminated.

V. Approximately two weeks earlier, Ms. Parke told me, per the instructions she received from the district manager, Stel Sadlier, that unless a potential job applicant was "young and stylish" we should not bother giving them an application.

VI. I was replaced by a woman substantially younger than me.

VII. I believe Respondents' actions have violated the ADEA and they have engaged in a pattern and practice of age discrimination.

I want this charge filed with the EEOC. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 6/21/13

Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

ANDRES F ECHAVARRIA
Notary Public - State of Florida
My Comm. Expires Sep 30, 2016
Commission # EE 839023
Bonded Through National Notary Assn.

## CHARGING PARTY/COMPLAINANT DESIGNATION OF REPRESENTATION FORM

EEOC CHARGE NO. _____

The Charging Party/Complainant is entitled to be represented in connection with a charge/complaint by an individual or organization of his/her choice, unless the choice results in a conflict of position or a conflict of interest for the persons or organization chosen. A representative may assist and counsel a Charging Party in the preparation and presentation of his/her charge/complaint and appear with or for the Charging Party/Complainant before the Equal Employment Opportunity Commission. The Commission does not designate representatives for Charging Parties/Complainants.

When the Charging Party/Complainant designates a representative, the Charging Party/Complainant gives his/her consent to the Commission to disclose all information concerning the charge/complaint to the person or organization designated. Failure of the Charging Party/Complainant to complete and return this form or a similar statement may preclude and representative from participating in the case while it is pending before the Commission.

**Kimberly Ashbey**

I hereby designate the individual or organization named below to represent me in connection with my charge/complaint before the Equal Employment Opportunity Commission and to receive all information concerning the complaint from the Commission.

**Stephen A. Simon**                                **(513) 241-8137**
Name of Representative                             Telephone Number

**911 Mercantile Library Building**
Building and Suite Number

**414 Walnut Street**
Address (Number and Street)

**Cincinnati**                    **Ohio**                    **45202**
City                              State                       Zip Code

_____                          6/21/13
Signature of Charging Party/Complainant    (DO NOT PRINT)              Date

I understand that this designation may be cancelled by me or the individual or organization I have designated and that I am responsible for notifying the Commission in writing of any such cancellation.

NOTARY AKNOWLEDGMENT.
JUNE 21, 2013

ANDRES F ECHAVARRIA
Notary Public - State of Florida
My Comm. Expires Sep 30, 2016
Commission # EE 839023
Bonded Through National Notary Assn.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |
| | and EEOC |

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Ms. Kimberly Ashbey | 407-405-0367 | 6-12-58 |

| Street Address | City, State and ZIP Code |
|---|---|
| 618 East Hillcrest Street, Orlando, Florida 32803 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Brighton Collectibles, Division of Leegin Creative Leather Prods. | More than 1,000 | 626-968-7408 |

| Street Address | City, State and ZIP Code |
|---|---|
| 14022 Nelson Avenue, City of Industry, California 91746-2638 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Leegin Creative Leather Products | More than 1,000 | 626-968-7408 |

| Street Address | City, State and ZIP Code |
|---|---|
| 14022 Nelson Avenue, City of Industry, California 91746-2638 | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest          Latest
1-30-13

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I.  I was hired by Respondents in September 2002 as an assistant store manager. I worked at Brighton's store in the Mall at Millenia in Orlando, Florida.

II.  I was a loyal and dedicated employee throughout my employment. For many years, I was considered a company "angel" and was assigned to help managers at other Brighton locations.

III.  In March 2012, for the first time in my tenure, I was put on an "action plan." However, I passed the plan in the next month. My manager never gave me any further warnings about my job performance the rest of the year. On January 18, 2013, I received a stellar performance review.

IV.  Nevertheless, on January 30, 2013, my store manager, Terri Parke, advised me I was being terminated.

V.  Approximately two weeks earlier, Ms. Parke told me, per the instructions she received from the district manager, Stel Sadlier, that unless a potential job applicant was "young and stylish" we should not bother giving them an application.

VI.  I was replaced by a woman substantially younger than me.

VII.  I believe Respondents' actions have violated the ADEA and they have engaged in a pattern and practice of age discrimination.

| I want this charge filed with the EEOC. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

SIGNATURE OF COMPLAINANT

6-21-13  *Charging Party Signature*
Date

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

ANDRES F ECHAVARRIA
Notary Public - State of Florida
My Comm. Expires Sep 30, 2016
Commission # EE 839023
Bonded Through National Notary Assn.

# CHARGING PARTY/COMPLAINANT DESIGNATION OF REPRESENTATION FORM

## EEOC CHARGE NO. _____

The Charging Party/Complainant is entitled to be represented in connection with a charge/complaint by an individual or organization of his/her choice, unless the choice results in a conflict of position or a conflict of interest for the persons or organization chosen. A representative may assist and counsel a Charging Party in the preparation and presentation of his/her charge/complaint and appear with or for the Charging Party/Complainant before the Equal Employment Opportunity Commission. The Commission does not designate representatives for Charging Parties/Complainants.

When the Charging Party/Complainant designates a representative, the Charging Party/Complainant gives his/her consent to the Commission to disclose all information concerning the charge/complaint to the person or organization designated. Failure of the Charging Party/Complainant to complete and return this form or a similar statement may preclude and representative from participating in the case while it is pending before the Commission.

**Kimberly Ashbey**

I hereby designate the individual or organization named below to represent me in connection with my charge/complaint before the Equal Employment Opportunity Commission and to receive all information concerning the complaint from the Commission.

**Stephen A. Simon**
Name of Representative

**(513) 241-8137**
Telephone Number

**911 Mercantile Library Building**
Building and Suite Number

**414 Walnut Street**
Address (Number and Street)

**Cincinnati**
City

**Ohio**
State

**45202**
Zip Code

Signature of Charging Party/Complainant

(DO NOT PRINT)

6/21/13
Date

understand that this designation may be cancelled by me or the individual or organization I have designated and that I am responsible for notifying the Commission in writing of any such cancellation.

TARY AKNOWLEDGMENT.
JE 21, 2013

ANDRES F ECHAVARRIA
Notary Public - State of Florida
My Comm. Expires Sep 30, 2016
Commission # EE 839023
Bonded Through National Notary Assn.

EEOC Form 161-A (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE
### (CONCILIATION FAILURE)

To:   **Kimberly Ashbey**
      **618 East Hillcrest Street**
      **Orlando, FL 32803**

From:   **Miami District Office**
        **Miami Tower, 100 S E 2nd Street**
        **Suite 1500**
        **Miami, FL 33131**

☐   *On behalf of person(s) aggrieved whose identity is*
    *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | | Telephone No. |
|---|---|---|---|
| **510-2013-03814** | **Pablo Alfonso,** **Federal Investigator** | | **(305) 808-1744** |

### TO THE PERSON AGGRIEVED:

This notice concludes the EEOC's processing of the above-numbered charge.  The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you.  In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case.  This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*

                         **MICHAEL J. FARRELL,**                   MAY 0 2 2018
                         **District Director**

Enclosures(s)                                                      *(Date Mailed)*

cc:   **BRIGHTON COLLECTIBLES, INC.**          **Peter F. Helwig**
      **c/o Jennifer T. Williams**             **Harris & Helwig, P.A.**
      **Cozen O'Connor**                       **6700 South Florida Avenue**
      **Southeast Financial Center**           **Suite 31**
      **200 South Biscayne Blvd.**             **Lakeland, FL 33813**
      **Suite 3000**
      **Miami, FL 33131**